# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CHRISTIN SEALS FLYNN,** | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 17-029-CG-B ) |
| **CB&I MAINTENANCE, LLC and CB&I, LLC**, | ) ) ) |
| Defendants. | ) ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that judgment is entered in favor of Defendants, CB&I Maintenance, LLC and CB&I, LLC, and against Plaintiff, Christin Seals Flynn. Summary judgment having been entered in Defendants' favor, this action is hereby **DISMISSED with prejudice**.

**DONE** and **ORDERD** this 30th day of July, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE